UNITED STATES v. LA MANNA, AZEMA & FARNAN.  SAME v. AUSTIN, NICHOLS & CO.  (Circuit Court of Appeals, Second Circuit.  March 10, 1908.)  Nos. 167, 168 (4622, 4681).  Appeals from the Circuit Court of the United States for the Southern District of New York.  For decision below in the La Manna Case, see 154 Fed. 927.  There was no opinion below in the Austin Case.  D. Frank Lloyd, Asst. U. S. Atty.  Hatch & Clute (Walter F. Welch, of counsel), for Austin, Nichols & Co.  Brooks & Brooks (Frederick W. Brooks, of counsel), for La Manna, Azema & Farnan.  Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM.  Decisions of Circuit Court affirmed.

---

UNITED STATES FIDELITY & GUARANTY CO. v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit.  December 28, 1907.)  No. 778.  In Error to the Circuit Court of the United States for the District of Maryland, at Baltimore.  For opinion below, see 151 Fed. 534.  J. Kemp Bartlett and L. B. Keene Claggett, for plaintiff in error.  John C. Rose, U. S. Atty.  No opinion.  Writ of error dismissed under rule 20 (150 Fed. xxxi, 79 C. C. A. xxxi); costs to be paid by plaintiff in error.

---

VACCARO BROS. & CO. et al. v. WATERS et al.  (Circuit Court of Appeals, Fifth Circuit.  January 28, 1908.)  No. 1,676.  Appeal from the District Court of the United States for the Eastern District of Louisiana.  J. L. Warren Woodville, W. W. Howe, and Charles P. Cocke, for appellants.  H. E. Upton and John R. Upton, for appellees.  Before PARDEE and McCORMICK, Circuit Judges.

PER CURIAM.  Under the circumstances shown by the record it seems that Waters and his co-libelants had a right to negotiate for, if not absolutely demand, their discharge.  The judgment of the District Court is affirmed.

---

VAN EMON et al. v. VEAL.  (Circuit Court of Appeals, Ninth Circuit. March 7, 1908.)  No. 1,524.  Petition for Revision of Proceedings of the District Court of the United States for the District of Oregon, in Bankruptcy. For opinion below, see 157 Fed. 243.  Richard W. Montague and Johnson & Beckwith, for petitioners.  Snook & Church, W. H. Fowler, and George Clark, for respondent.  Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM.  This is an appeal from an order of the District Court sustaining a demurrer to a petition in bankruptcy and dismissing the same.  We have carefully considered the question involved, and find no error in the judgment.  Our views are fully expressed in the opinion of the District Court filed in the court below on November 18, 1907, and we adopt the same as the opinion of this court.  The judgment is affirmed.